Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> HECTOR A. GONZALEZ, ET AL., <br><br> Defendants. | Case No. 3:11-cv-05460-MEJ <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses ***with prejudice*** the following Defendants: HECTOR A. GONZALEZ and ROSA PATINO, individually and d/b/a LA ROCA MEXICAN RESTAURANT, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).


Dated:  February 9, 2012        /s/Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                Joe Hand Promotions, Inc.

///